### LEONARD UDOLF *v.* HENRY E. JACOBS

The plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 906 (AC 14418), is denied.

*Joel M. Ellis*, in support of the petition.

Decided December 4, 1996

### PETER DISCUILLO *v.* STONE AND WEBSTER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 224 (AC 14863), is granted, limited to the following issue:

"When does the statute of limitations begin to run in a workers' compensation case in which the plaintiff suffers a work-related heart attack but does not learn that the heart attack is work-related until two years thereafter?"

The Supreme Court docket number is SC 15581.

*Amy M. Stone*, in support of the petition.

*Lucas D. Strunk*, in opposition.

Decided December 16, 1996

### ANDREW LIPKO *v.* ESTATE OF ANDREW LIPKO, SR., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 15898), is denied.

*Andrew Lipko*, pro se, in support of the petition.

*Christine M. Gonillo*, in opposition.

Decided December 18, 1996